EXHIBIT A

**Korsinsky & Klein, LLP**
2926 Avenue L
Brooklyn, NY 11210
Telephone: 212-495-8133
Fax: 212-419-3893

# PRE-BILL

September 4, 2019
Invoice No. Sample

Sam Smith
Sam Smith Crescent Electric Supply Company
Crescent Electric Supply Company, PO Box 500
7750 Dunleith Drive
East Dubuque, IL 61025

Client Number: 57
Matter Number: 57-081        Crescent- Innovative- Lawsuit
For Services Rendered Through    09/ 04/2019

**Fees**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/2019 | MI | E-mail to Soulios seeking discovery responses | 0.10 | 30.00 |
| 08/13/2019 | MI | Telephone call to Soulios | 0.10 | 30.00 |
| 08/14/2019 | MI | Review Degenerro discovery responses | 0.20 | 60.00 |
| 08/14/2019 | MI | Research and prepare motion to compel | 3.50 | 1,050.00 |
| 08/15/2019 | MI | Telephone calls to Court to schedule motion to compel Degenerro | 0.20 | 60.00 |
| 08/15/2019 | MI | Revise and Prepare Motion to compel Degenerro for service | 2.10 | 630.00 |
| 08/15/2019 | nd | Prepare Documents for Service | 0.20 | 60.00 |
| 08/21/2019 | mk | review orders re matter | 0.20 | 60.00 |
| 08/23/2019 | mk | Review motion filed in bankruptcy. | 0.20 | 60.00 |
| 08/26/2019 | mk | review on matter, etc. prepare for tomorrow appearance, conference with MI on matter. | 0.40 | 120.00 |
| 08/26/2019 | mk | Motion in Poughkeepsie -prepare for court tomorrow. | 0.30 | 90.00 |
| 08/26/2019 | MI | Letter to counsel for Degenarro | 0.40 | 120.00 |
| 08/26/2019 | MI | Prepare for court appearance (Poughkeepsie) | 0.50 | 150.00 |
| 08/26/2019 | sd | OC with MI re: discovery | 0.90 | 270.00 |
| 08/27/2019 | mk | Motion in Poughkeepsie- conference on matter, etc. | 0.20 | 60.00 |
| 08/27/2019 | MI | Court Appearance -motion to compel (Poughkeepsie) | 7.50 | 2,250.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/28/2019 | MI | Prepare Order and Declaration to compel and for fees against Degenerro | 1.50 | 450.00 |

| | | |
|---|---|---|
| **Billable Hours/Fees** | **18.50** | **$5,550.00** |

## Timekeepers Summary

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Michael Korsinsky | 1.30 | $300.00 | $390.00 |
| Marc Illish | 16.10 | $300.00 | $4,830.00 |
| Samuel Diamantstein | 0.90 | $300.00 | $270.00 |
| Naami Davis | 0.20 | $300.00 | $60.00 |
| **Total Fees** | | | **$5,550.00** |

## Cost Details

| **Date** | **Description** | **Amount** |
|---|---|---|
| Aug-15-19 | Postage x 4 | 3.20 |
| Aug-27-19 | Travel Expenses- milage | 116.00 |
| Aug-27-19 | Travel Expenses- tolls | 16.23 |
| **Total Cost** | | **$135.43** |